# EXHIBIT 5



**STATE OF ALABAMA**
ALABAMA PUBLIC SERVICE COMMISSION
P.O. BOX 304260
MONTGOMERY, ALABAMA 36130-4260

JIM SULLIVAN, PRESIDENT

JAN COOK, ASSOCIATE COMMISSIONER

GEORGE C. WALLACE, JR., ASSOCIATE COMMISSIONER

WALTER L. THOMAS, JR.

SECRETARY

IN RE: Petition to Establishment Generic Docket to Consider Amendments to Interconnection Agreements Resulting From Changes of Law

DOCKET 29543

### ORDER HOLDING IN ABEYANCE OF MOMENTUM TELECOM, INC.'S EMERGENCY PETITION FOR RECONSIDERATION

**BY THE COMMISSION:**

On or about March 7, 2006, Momentum Telecom, Inc. ("Momentum") filed a petition urging the Commission to reconsider its final determinations in this cause regarding issues 8 and 14. In particular, Momentum urged the Commission to reverse its finding that the Commission lacks jurisdiction to require BellSouth to include elements which BellSouth is required to provide pursuant to § 271 of the Telecommunications Act of 1996 in interconnection agreements negotiated pursuant to § 252 of said Act (issue 8). Momentum further urged the Commission to reconsider its finding that the Commission lacks jurisdiction over the establishment of terms and conditions for the commingling of § 271 elements (issue 14).

In support of its petition, Momentum argued that the Commission's conclusions were not only contrary to existing federal court decisions, but also decisions of state commissions in Georgia and Tennessee. If not reconsidered immediately, Momentum asserted that the cited findings of the Commission would force Momentum to shut down and leave its 20,000 subscribers in Alabama without a competitive alternative for telephone service.

On or about March 17, 2006, BellSouth Telecommunications, Inc. ('BellSouth") submitted its response to Momentum's Petition. BellSouth argued that the authority cited by Momentum in its Petition did not support the Commission's exercise of § 271 jurisdiction regarding issues 8 and 14 as claimed by

PLAINTIFF'S EXHIBIT 5

DOCKET 29543 - #2

Momentum. BellSouth further argued that Momentum had entered into a commercial agreement with BellSouth for the continued provision of underlying service and therefore was not facing an emergency shut-down as represented.

We have considered Momentum's Petition as well as BellSouth's Response thereto and determined that Momentum's Petition should be held in abeyance. The core issues raised by Momentum are currently before the federal district court in Georgia.[1] A ruling on Momentum's Petition will thus be deferred until there is guidance from the federal district court in question.

IT IS SO ORDERED BY THE COMMISSION.

IT IS FURTHER ORDERED BY THE COMMISSION, That jurisdiction in this cause is hereby retained for the issuance of any further order or orders as may appear to be just and reasonable in the premises.

IT IS FURTHER ORDERED, That this Order shall be effective as of the date hereof.

DONE at Montgomery, Alabama, this 2nd day of May, 2006.

ALABAMA PUBLIC SERVICE COMMISSION

Jim Sullivan, President

Jan Cook, Commissioner

George C. Wallace, Jr., Commissioner

ATTEST: A True Copy

Walter L. Thomas, Jr., Secretary

---

[1] *BellSouth Telecommunications, Inc. v. Georgia Public Service Commission, et al*, Case #1:06-CV-0162-CC (N. District of Georgia)