UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL -6  P 4: 48

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| Plaintiff. | ) |
| v. | ) |
| ALABAMA PUBLIC SERVICE COMMISSION, | ) |
| JIM SULLIVAN, in his capacity as President of the Alabama Public Service Commission, | ) Civil Action No. 2:06-cv-00577-DRB |
| JAN COOK, in her capacity as a Commissioner of the Alabama Public Service Commission, and | ) |
| GEORGE C. WALLACE, JR., in his capacity as a Commissioner of the Alabama Public Service Commission, | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Momentum Telecom, Inc. ("Momentum"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosure:

1. The parent company of Momentum is MBS Holdings, Inc.

2. No publicly held corporation holds more than 10% of Momentum's stock.

1330690 v1
102168-007  7/6/2006

- 2 -

        Respectfully submitted,

        _____
        James H. McLemore (MCL014)
        *Attorney for Momentum Telecom, Inc.*

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102
Direct Line: (334) 241-8058
Fax Line: (334) 323-8888
Email: jhm@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 6th day of July, 2006.

Alabama Public Service Commission
Post Office Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

Mr. Jim Sullivan, Commissioner
Post Office Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

Ms. Jan Cook, Commissioner
Post Office Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

George C. Wallace, Commissioner
Post Office Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

/s/ *signature*
Of Counsel