UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| ALABAMA PUBLIC SERVICE ) | |
| COMMISSION, ) | |
| ) | |
| JIM SULLIVAN, in his capacity as President ) | |
| of the Alabama Public Service Commission, ) | Civil Action No. 2:06-cv-00577-DRB |
| ) | |
| JAN COOK, in her capacity as a ) | |
| Commissioner of the Alabama Public Service ) | |
| Commission, and ) | |
| ) | |
| GEORGE C. WALLACE, JR., in his capacity ) | |
| as a Commissioner of the Alabama Public ) | |
| Service Commission, ) | |
| ) | |
| Defendants. ) | |
| ) | |

RECEIVED
2006 JUL -6  P 4: 49

 A P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, James H. McLemore, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit Henry M. Walker, George H. Nolan, and Jonathan D. Rose, to practice before this Court on a *pro hac vice* basis, in connection with the above-titled action. In support of this Motion, Mr. McLemore asserts the following:

1.  Mr. Walker, Mr. Nolan, and Mr. Rose are attorneys with the law firm Boult, Cummings, Conners & Berry, PLC, with offices at 1600 Division Street, Suite 700, Nashville, Tennessee, 37203, (615) 244-2582.

1332615 v1
102168-007  7/6/2006

2. Mr. Walker, Mr. Nolan, and Mr. Rose have been retained by the Plaintiff, Momentum Telecom, Inc., to provide legal representation in connection with the above-titled action.

3. Mr. Walker, Mr. Nolan, and Mr. Rose are members in good standing of the Tennessee State Bar and are admitted to practice in the United States District Court for the Middle District of Tennessee, as verified by the Certificates of Good Standing attached hereto.

4. Local Counsel of Record for Momentum Telecom, Inc. in this matter is James H. McLemore, Capell & Howard, P.C., 150 South Perry Street, Montgomery, Alabama 36104, (334) 241-8058.

5. The required fee of $60.00 ($20.00 for each applicant) is being submitted contemporaneously with the filing of this Motion.

WHEREFORE, the undersigned respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit Henry M. Walker, George H. Nolan, and Jonathan D. Rose, to practice before this Court on a *pro hac vice* basis in connection with the above-titled case.

Respectfully submitted this 6th day of July 2006.


Respectfully submitted,

_____
James H. McLemore (MCL014)
*Attorney for Momentum Telecom, Inc.*

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102
Direct Line: (334) 241-8058
Fax Line: (334) 323-8888
Email: jhm@chlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 6th day of July, 2006.

Alabama Public Service Commission
Post Office Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

Mr. Jim Sullivan, Commissioner
Post Office Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

Ms. Jan Cook, Commissioner
Post Office Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

George C. Wallace, Commissioner
Post Office Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

                                                         */s/*
                                                       Of Counsel