

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

MIDDLE DISTRICT OF TENNESSEE

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **HENRY M. WALKER** was duly admitted to practice in said Court on **September 10, 1987** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on June 28, 2006.



KEITH THROCKMORTON, CLERK

By 
Deputy Clerk



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **George H. Nolan** was duly admitted to practice in said Court on **January 30, 1992** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on June 28, 2006.



KEITH THROCKMORTON, CLERK

By _Angie Brewer_
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **JONATHAN D. ROSE** was duly admitted to practice in said Court on **January 3, 2001** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on June 28, 2006.



KEITH THROCKMORTON, CLERK

By _Angie Brewer_
Deputy Clerk

