**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George
ge Wallace, Jr. – Commissioner
ama Public Service Commission
A Union Building – 8th Floor
)0 North Union Street
ontgomery, Alabama 36104

2:06cv577-DRB

2. Article Number (Copy from service label)

7000 0600 0027 9309 8052

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Barbara Kelley
B. Date of Delivery: 7-5-06
C. Signature: Barbara Kelley
   [X] Agent
   [ ] Addressee
D. Is delivery address different from item 1? [ ] Yes  [ ] No
   If YES, enter delivery address below:

3. Service Type
   [X] Certified Mail    [ ] Express Mail
   [ ] Registered       [X] Return Receipt for Merchandise
   [ ] Insured Mail     [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)  [ ] Yes