IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 2:06-CV-00577-DRB |
| ) | |
| ALABAMA PUBLIC SERVICE COMMISSION, ) | |
| JIM SULLIVAN, in his capacity as President ) | |
| of the Alabama Public Service Commission, ) | |
| JAN COOK, in her capacity as a Commissioner ) | |
| of the Alabama Public Service Commission, ) | |
| and GEORGE C. WALLACE, JR., in his ) | |
| capacity as a Commissioner of the Alabama ) | |
| Public Service Commission, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the *Motion for Admission Pro Hac Vice* (Doc. 5, filed July 6, 2006), it appears that **Henry M. Walker, George H. Nolan**, and **Jonathan D. Rose** are members in good standing of the United States District Court for the Middle District of Tennessee, and are otherwise eligible to appear *pro hac vice* in this proceeding as counselors for the Plaintiff. Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 12th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE