IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|    Plaintiff. | ) |
| | )   Case No. 2:06-cv-00577-DRB |
| v. | ) |
| | ) |
| ALABAMA PUBLIC SERVICE COMMISSION, | ) |
| | ) |
|    Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    James H. McLemore, Esq.    George H. Nolan, Esq.

    Jonathan D. Rose, Esq.    Henry M. Walker, Esq.

                                  Respectfully submitted,

                                  s/G. Scott Morris
                                  G. Scott Morris
                                  Attorney for the Defendants
                                  Alabama Public Service Commission
                                  Post Office Box 304260 (36130)
                                  100 North Union Street, Suite 836
                                  Montgomery, Alabama 36104
                                  Phone: (334)242-5200
                                  Fax: (334)242-0748
                                  Email: scott.morris@psc.alabama.gov
                                  Bar Number: MOR080