## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 2:06-cv-577-DRB |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
| Defendants. | ) |

## **ORDER**

Considering the Motion to Intervene filed by BellSouth Telecommunications, Inc.,

**IT IS HEREBY ORDERED** that BellSouth's motion for leave to intervene as a defendant as to all claims raised by plaintiffs is granted.

**IT IS FURTHER ORDERED** that the Clerk shall file BellSouth's Answer into the record of this matter.

This _____ day of _____, 2006.

_____
United States District Judge