UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 AUG 10 A 10: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2:06-CV-577-DRB |
| | ) |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned attorney, Francis Semmes, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit Sean A. Lev, to practice before this Court on a *pro hac vice* basis, in connection with the above-titled action. In support of this Motion, Francis Semmes asserts the following:

1. Mr. Lev is an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., located at 1615 M Street, N.W., Suite 400, Washington, D.C. 20036, with the office phone number of 202-326-7975.

2. Mr. Lev has been retained by the Intervenor BellSouth Telecommunications, Inc. to provide legal representation in connection with the above-titled action.

3. Mr. Lev is a member in good standing of the District of Columbia Bar and is admitted to practice in the United States District Court for the District of Columbia, as verified by the Certificate of Good Standing attached hereto.

4. Local Counsel for BellSouth Telecommunications, Inc. in this matter is Francis Semmes, BellSouth Telecommunications, Inc., Suite 28A2, 600 N. 19th Street, Birmingham, Alabama 35203, with the office phone number of 205-714-0558.

5. The required fee of $20.00 is being submitted in conjunction with the filing of this Motion.

WHEREFORE, the undersigned respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit Sean A. Lev to practice before this Court on a *pro hac vice* basis in connection with the above-titled case.

Respectfully submitted,

_____
Francis Semmes (SEM002)
BellSouth Telecommunications, Inc.
600 N. 19th Street
Suite 28A2
Birmingham, Alabama 35203

*Of Counsel Attorney for Intervenor,*
*BellSouth Telecommunications, Inc.*

_____
Walter R. Byars (BYA002)
Steiner, Crum & Byars, P.C.
P. O. Box 668
Montgomery, Alabama 36101-0668

*Of Counsel Attorney for Intervenor,*
*BellSouth Telecommunications, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid, this 10 day of August, 2006.

Alabama Public Service Commission
Mr. Jim Sullivan, Commissioner
Ms. Jan Cook, Commissioner
Mr. George C. Wallace, Commissioner
P.O. Box 304260
100 N. Union Street
RSA Union, Suite 850
Montgomery, Alabama 36103

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN 37205

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069

_____
OF COUNSEL

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**SEAN   A.   LEV**

was, on the ___1st___ day of ___June___ A.D. ___1998___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___31st___ day of ___July___ A.D. 2006.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
**Deputy Clerk**