UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOMENTUM TELECOM, INC.,** ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| **ALABAMA PUBLIC SERVICE** ) | |
| **COMMISSION,** ) | |
| ) | |
| **JIM SULLIVAN,** in his capacity as ) | |
| President of the Alabama Public Service ) | Civil Action No. 2:06-cv-00577-WKW |
| Commission, ) | |
| ) | |
| **JAN COOK,** in her capacity as a ) | |
| Commissioner of the Alabama Public ) | |
| Service Commission, and ) | |
| ) | |
| **GEORGE C. WALLACE, JR.,** in his ) | |
| capacity as a Commissioner of the Alabama ) | |
| Public Service Commission, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE OF MOMENTUM TELECOM, INC. TO
BELLSOUTH TELECOMMUNICATIONS, INC.'S MOTION TO INTERVENE**

Momentum Telecom, Inc. ("Momentum") hereby responds to BellSouth Telecommunications, Inc.'s Motion to Intervene [Docket No. 11].

In this declaratory judgment action, Momentum seeks, among other relief, a declaration from the Court that the Alabama Public Service Commission may set rates for network elements listed in 47 U.S.C. § 271. In their Answer [Docket No. 8] to Momentum's Complaint, the Alabama Public Service Commission ("APSC") and its Commissioners agree that this question is appropriate for declaratory judgment, but take a neutral position on the underlying legal question. Specifically, the APSC states that it will "defer to the wisdom of the court with respect

- 2 -

to the issue of whether the APSC, acting pursuant to its powers under Alabama state law and the Telecommunications Act of 1996, may set rates for 47 U.S.C. § 271 network elements." Given the APSC's neutral position, Momentum does not oppose BellSouth's Motion to Intervene. While Momentum believes the positions advocated by BellSouth before the APSC to be wholly incorrect as a matter of law, Momentum does not oppose allowing BellSouth to enter this case to argue those legal positions before this Court.

      Respectfully submitted this the 17th day of August 2006.


      s/James H. McLemore
      James H. McLemore (MCL014)

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box. 2069
Montgomery, Alabama  36102
Direct Line:  (334) 241-8058
Fax Line:  (334) 323-8888
Email:  jhm@chlaw.com

BOULT, CUMMINGS, CONNERS & BERRY, PLC
GEORGE H. NOLAN, ESQ.
HENRY M. WALKER, ESQ.
JONATHAN D. ROSE, ESQ.
1600 Division Street, Suite 700
P.O. Box. 340025
Nashville, Tennessee  37203
Telephone:  (615) 244-2582
Fax:     (615) 252-6308
Email:  hwalker@boultcummings.com
      gnolan@boultcummings.com
      jrose@boultcummings.com

      Attorneys for Momentum Telecom, Inc.

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing have been served upon the following counsel of record by electronic filing and by depositing a copy of same in the United States mail, properly addressed and postage prepaid this 17th day of August, 2006.

Hon. George Scott Morris
Alabama Public Service Commission
100 N. Union Street, Suite 836
Montgomery, AL 36104

Hon. Walter R. Byars
Steiner, Crum & Byars, P.C.
P. O. Box 668
Montgomery, AL 36101

Jim Sullivan, President
Alabama Public Service Commission
100 N. Union Street, Suite 836
Montgomery, AL 36104

George Wallace Jr., Associate Commissioner
Alabama Public Service Commission
100 N. Union Street, Suite 836
Montgomery, AL 36104

Hon. Francis B. Semmes
BellSouth Telecommunications, Inc.
3196 Highway 280 South
Room 304-N
Birmingham, AL 35243

Walter Thomas, Secretary
Alabama Public Service Commission
P. O. Box 304260
Montgomery, AL 36130-4260

Jan Cook, Associate Commissioner
Alabama Public Service Commission
100 N. Union Street, Suite 836
Montgomery, AL 36104

Sean A. Lev, Esq.
Kellogg Huber Hanson Todd Evans & Figel
Summer Square, Suite 400
115 M Street NW
Washington, D.C. 20036

                s/James H. McLemore
                OF COUNSEL