IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-577-WKW |
| | ) |
| ALABAMA PUBLIC SERVICE | ) |
| COMMISSION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Sean A. Lev to Appear Pro Hac Vice (Doc. #14) filed on August 10, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 21st day of August, 2006.

                                              /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE