UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOMENTUM TELECOM, INC.,** | ) |
| Plaintiff. | ) ) ) |
| v. | ) ) |
| **ALABAMA PUBLIC SERVICE COMMISSION,** | ) ) ) |
| **JIM SULLIVAN, in his capacity as President of the Alabama Public Service Commission,** | ) ) ) ) )    Civil Action No. 2:06-cv-00577-WKW |
| **JAN COOK, in her capacity as a Commissioner of the Alabama Public Service Commission, and** | ) ) ) ) |
| **GEORGE C. WALLACE, JR., in his capacity as a Commissioner of the Alabama Public Service Commission,** | ) ) ) ) ) |
| Defendants. | ) |

**JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT RULE 26(F) REPORT**

COMES NOW Momentum Telecom, Inc. ("Momentum"), Plaintiff in the above proceeding, and joined by all of the Defendants in the case, respectfully request an extension of time by seven days to file the Rule 26(f) Report. By Order of July 26, 2006, the Magistrate entered a scheduling order setting today, August 24, 2006, as the deadline by which the parties were to submit, if possible, a joint proposed discovery plan, and have considered the other matters pursuant to Rule 26. The attorneys for all of the parties have consulted about the case, a discovery plan, and have exchanged drafts of proposals. In general, the parties are in agreement as to the material items of a proposed report, are in agreement that discovery does not appear

necessary in this case, and are in agreement that the claims and issues can be submitted to the court on briefs for a declaratory judgment. Nevertheless, the parties have been unable to finalize the final plan, the proposed schedule and briefing schedule for submission by today. The plan should be finalized very soon, and certainly not later than seven days. For this reason, the parties jointly and respectfully request an extension of time by seven days to file the report.

WHEREFORE, the above premises considered, Momentum for itself and for the Defendants by the expressed permission of their counsel, jointly request an extension of time by seven days to file with the court a Rule 26(f) Report.

                                                                s/James H. McLemore
                                                                 James H. McLemore (MCL014)

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box. 2069
Montgomery, Alabama  36102
Direct Line:  (334) 241-8058
Fax Line:  (334) 323-8888
Email:  jhm@chlaw.com

BOULT, CUMMINGS, CONNERS & BERRY, PLC
GEORGE H. NOLAN, ESQ.
HENRY M. WALKER, ESQ.
JONATHAN D. ROSE, ESQ.
1600 Division Street, Suite 700
P.O. Box. 340025
Nashville, Tennessee  37203
Telephone:  (615) 244-2582
Fax:   (615) 252-6308
Email:  hwalker@boultcummings.com
       gnolan@boultcummings.com
       jrose@boultcummings.com

                                                  Attorneys for Momentum Telecom, Inc.

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing have been served upon the following counsel of record by electronic filing and by depositing a copy of same in the United States mail, properly addressed and postage prepaid this 24th day of August, 2006.

| | |
|---|---|
| Hon. George Scott Morris<br>Alabama Public Service Commission<br>100 N. Union Street, Suite 836<br>Montgomery, AL 36104 | Hon. Francis B. Semmes<br>BellSouth Telecommunications, Inc.<br>3196 Highway 280 South<br>Room 304-N<br>Birmingham, AL 35243 |
| Hon. Walter R. Byars<br>Steiner, Crum & Byars, P.C.<br>P. O. Box 668<br>Montgomery, AL 36101 | Walter Thomas, Secretary<br>Alabama Public Service Commission<br>P. O. Box 304260<br>Montgomery, AL 36130-4260 |
| Jim Sullivan, President<br>Alabama Public Service Commission<br>100 N. Union Street, Suite 836<br>Montgomery, AL 36104 | Jan Cook, Associate Commissioner<br>Alabama Public Service Commission<br>100 N. Union Street, Suite 836<br>Montgomery, AL 36104 |
| George Wallace Jr., Associate Commissioner<br>Alabama Public Service Commission<br>100 N. Union Street, Suite 836<br>Montgomery, AL 36104 | Sean A. Lev, Esq.<br>Kellogg Huber Hanson Todd Evans & Figel<br>Summer Square, Suite 400<br>115 M Street NW<br>Washington, D.C. 20036 |

                                          s/James H. McLemore
                                          OF COUNSEL