IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| MOMENTUM TELECOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-577-WKW |
| | ) | |
| ALABAMA PUBLIC SERVICE | ) | |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the Joint Request for Extension of Time to File Joint Rule 26(f) Report filed by the parties on August 24, 2006 (Doc. # 17), it is hereby

ORDERED that the motion is GRANTED and the deadline is EXTENDED from August 24, 2006 to August 31, 2006.

DONE this 25th day of August, 2006.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE