IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| MOMENTUM TELECOM, INC., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CASE NO. 2:06-cv-577-WKW | |
| | ) | | |
| ALABAMA PUBLIC SERVICE | ) | | |
| COMMISSION, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

On July 28, 2006, BellSouth Telecommunications, Inc. ("BellSouth") filed a Motion to Intervene. (Doc. # 11.) On August 17, 2006, the plaintiff filed a response indicating that it does not oppose the motion. (Doc. # 15.) Upon consideration of the motion, its response, and Federal Rule of Civil Procedure 24(a)(2), it is

ORDERED that the motion is GRANTED.

It is further ORDERED that on or before September 8, 2006, Intervenor BellSouth shall file an Answer.

DONE this 31st day of August, 2006.

                                           /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE