UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., <br><br> Plaintiff. <br><br> v. <br><br> ALABAMA PUBLIC SERVICE COMMISSION, <br><br> JIM SULLIVAN, in his capacity as President of the Alabama Public Service Commission, <br><br> JAN COOK, in her capacity as a Commissioner of the Alabama Public Service Commission, and <br><br> GEORGE C. WALLACE, JR., in his capacity as a Commissioner of the Alabama Public Service Commission, <br><br> Defendants. | Civil Action No. 2:06-cv-00577-WKW |

**MOTION OF MOMENTUM TELECOM, INC. TO
EXTEND ALL BRIEFING DATES BY SEVEN DAYS**

COMES NOW the Plaintiff, Momentum Telecom, Inc., and respectfully requests this Court to extend by seven (7) days the briefing deadlines for all parties and for reasons therefor says as follows:

1) This case is a declaratory judgment action concerning the question of whether the Alabama Public Service Commission, acting pursuant to the Telecommunications Act of 1996, and pursuant to state law, has jurisdiction to regulate the terms and conditions regarding telephone network elements that the Bell Operating Companies (such as Bellsouth) must make

available to competitive local exchange carriers, such as Momentum. Yesterday, September 14, 2006, one day before the brief of Momentum is due in this case, an Opinion was issued in a United States District Court in the State of Missouri, which bears directly on these issues and will be important in this Court's determination of these issues. That decision, *Southwestern Bell Telephone v. Missouri Public Service Commission*, United States District Court, Eastern Division, Missouri, Case Number 4:05-cv-1264-CAS, was decided adverse to some of the positions advocated by Momentum in this proceeding. It is important to this Court's determination of these issues that Momentum be given adequate time to address the recent decision from the District Court in Missouri, and distinguish that ruling from this question involving the Alabama Public Service Commission.

2) Accordingly, Momentum needs an additional seven days to address the new decision in its brief to this Court. Likewise, Momentum asks that all deadlines for the parties' briefs be extended by seven days. For this purpose, Momentum submits that the Rule 26(f) Order previously filed herein should be amended at Paragraph VI as follows:

**VI. Dispositive Motions**

Since this declaratory judgment action presents purely questions of law, the parties suggest that the Court set the following briefing schedule:

| | |
|---|---|
| Momentum's opening brief on its claims (Maximum 30 pages) | September 22, 2006 |
| Response of Defendants and BellSouth (Maximum 30 pages) | October 20, 2006 |
| Momentum's reply (Maximum 20 pages) | November 13, 2006 |

1076419

2

3) The undersigned counsel for Momentum has attempted, but without success, to contact counsel for the other parties to gage their consent to this request. Because Momentum's brief is due today, Momentum is making this request immediately, and is still attempting to contact the other counsel for their communication to the Court.

                                              Respectfully Submitted,

                                              Attorneys for Momentum Telecom, Inc.

                                              s/James H. McLemore
                                              James H. McLemore (MCL014)

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box. 2069
Montgomery, Alabama  36102
Direct Line:  (334) 241-8058
Fax Line:  (334) 323-8888
Email:  jhm@chlaw.com

                                              George H. Nolan, Esq.
                                              Henry M. Walker, Esq.
                                              Jonathan D. Rose, Esq.

OF COUNSEL:
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box. 340025
Nashville, Tennessee  37203
Telephone:  (615) 244-2582
Fax:     (615) 252-6308
Email:  hwalker@boultcummings.com
        gnolan@boultcummings.com
        jrose@boultcummings.com

**CERTIFICATE OF SERVICE**

I certify that copies of the foregoing have been served upon the following counsel of record by electronic filing and by depositing a copy of same in the United States mail, properly addressed and postage prepaid this 15th day of September, 2006.

| | |
|---|---|
| Hon. George Scott Morris<br>Alabama Public Service Commission<br>100 N. Union Street, Suite 836<br>Montgomery, AL 36104 | Hon. Francis B. Semmes<br>BellSouth Telecommunications, Inc.<br>3196 Highway 280 South<br>Room 304-N<br>Birmingham, AL  35243 |
| Hon. Walter R. Byars<br>Steiner, Crum & Byars, P.C.<br>P. O. Box 668<br>Montgomery, AL 36101 | Hon. Sean A. Lev<br>Kellogg Huber Hanson Todd Evans & Figel<br>Summer Square, Suite 400<br>115 M Street NW<br>Washington, D.C. 20036 |

s/James H. McLemore
OF COUNSEL