IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOMENTUM TELECOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-577-WKW |
| | ) | |
| ALABAMA PUBLIC SERVICE | ) | |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the unopposed Motion of Momentum Telecom, Inc. to Extend All Briefing Dates by Seven Days (Doc. # 22), it is hereby

ORDERED that the motion is GRANTED.

DONE this 15th day of September, 2006.

                    /s/ W. Keith Watkins
                  UNITED STATES DISTRICT JUDGE