IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-577-WKW |
| | ) |
| ALABAMA PUBLIC SERVICE | ) |
| COMMISSION, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

Upon consideration of the plaintiff's Brief in Support of Complaint for Declaratory Judgment (Doc. # 25) filed on September 22, 2006, it is hereby

It is ORDERED that the defendant file a response which shall **include a brief and any evidentiary materials** on or before November 24, 2006. The plaintiff may file a reply brief on or before October 24, 2006.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. The paper courtesy copy shall be bound in a three-ring binder and tabbed for those submissions (including briefs and evidentiary materials) that exceed 25 pages.**

DONE this the 27th day of September, 2006.

                                    /s/  W.  Keith Watkins
                            UNITED STATES DISTRICT JUDGE