IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MOMENTUM TELECOM, INC.,               )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )    CASE NO. 2:06-cv-577-WKW
                                       )
ALABAMA PUBLIC SERVICE                 )
COMMISSION, *et al.,*                  )
                                       )
        Defendants.                    )

## O R D E R

The Order entered September 27, 2006 (Doc. #26) is hereby VACATED.

Upon consideration of the plaintiff's Brief in Support of Complaint for Declaratory Judgment

(Doc. # 25) filed on September 22, 2006, it is hereby

ORDERED that the defendant file a response which shall **include a brief and any**

**evidentiary materials** on or before October 24, 2006.  The plaintiff may file a reply brief on or

before November 24, 2006.

**Briefs in support of or in opposition to any motion or application to the Court should**

**not exceed 25 pages.  In all cases in which briefs exceed 25 pages, counsel must include a table**

**of contents indicating the main sections of the brief, the principal arguments and citations to**

**primary authority made in each section, and the pages on which each section and any sub-**

**sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy**

**of briefs and supporting evidence to the Chambers of the undersigned.  The paper courtesy**

**copy shall be bound in a three-ring binder and tabbed for those submissions (including briefs**

**and evidentiary materials) that exceed 25 pages.**

DONE this the 28th day of September, 2006.


                              /s/   W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE