**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 2:06-CV-577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**JOINT MOTION OF MOMENTUM TELECOM, INC., THE ALABAMA PUBLIC**
**SERVICE COMMISSION, AND BELLSOUTH TELECOMMUNICATIONS, INC.**
**TO REVERT TO PREVIOUSLY ADOPTED SCHEDULING ORDER**

Momentum Telecom, Inc., the Alabama Public Service Commission, and

BellSouth Telecommunications, Inc. (collectively, "Movants") hereby jointly move this

Court to revert to the prior scheduling order issued on September 28, 2006.

In that September 28, 2006 order, the Court noted that, upon receiving

Momentum's Brief in Support of Complaint for Declaratory Judgment on September 22,

2006, BellSouth and the Alabama PSC should file response briefs on or before October

24, 2006, and then Momentum would file a reply brief on or before November 24, 2006.

On October 24, 2006, BellSouth filed its response brief, as contemplated by this

Court's original scheduling order.  BellSouth titled that response brief a "Motion for

Summary Judgment and Memorandum of Law in Opposition to Momentum Telecom,

Inc's Brief in Support of Complaint for Declaratory Judgment" in order to ensure that

there would be no procedural bar to the Court not only denying Momentum's request for

judgment, but also granting judgment in BellSouth's favor.  BellSouth did not intend to

prompt the Court to establish an additional round of briefing on the same issues that are already being addressed in the briefs filed pursuant to the Court's prior order. On the contrary, Movants agree that such a procedure would lead to unnecessary and duplicative briefing and would not serve the interests of judicial economy.

Accordingly, to avoid that result, Movants request that the Court revert to the prior scheduling order, under which Momentum's reply brief is due on November 24, 2006, and that, upon the filing of that reply brief, the following filings all be submitted to the Court for decision: (1) Momentum's initial brief (Docket Item # 25); (2) the Alabama PSC's response brief (Docket Item # 28); (3) BellSouth's response brief (Docket Item # 29); and (4) Momentum's reply brief due November 24, 2006.

Respectfully submitted,

/s/ Francis B. Semmes_____
Francis B. Semmes (SEM002)

OF COUNSEL:
BELLSOUTH TELECOMMUNICATIONS, INC.
Suite 28A2
600 No. 19th Street
Birmingham, AL 35203
(205) 714-0556

/s/ Walter R. Byars_____
Walter R. Byars (BYA002)

OF COUNSEL:
STEINER, CRUM & BYARS, P.C.
Post Office Box 668
Montgomery, AL 36101
(334) 832-8800

/s/ Sean A. Lev_____

OF COUNSEL:                                Sean A. Lev (D.C. Bar # 449936)
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
Suite 400
1615 M Street, N.W.
Washington, D.C. 20036
(202) 326-7975

                                          Attorneys for Intervenor Bellsouth
                                          Telecommunications, Inc.


                                          /s/ Jonathan D. Rose, Esq._____
                                          Jonathan D. Rose, Esq. (TN Bar # 20967)
                                          George H. Nolan, Esq.
OF COUNSEL:                                Henry M. Walker, Esq.
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box. 340025
Nashville, TN 37203
Telephone: (615) 244-2582
Fax: (615) 252-6308
Email: hwalker@boultcummings.com
gnolan@boultcummings.com
jrose@boultcummings.com


OF COUNSEL:                                James H. McLemore (MCL014)
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box. 2069
Montgomery, AL 36102
Direct Line: (334) 241-8058
Fax Line: (334) 323-8888
Email: jhm@chlaw.com

                                          Attorneys for Plaintiff Momentum
                                          Telecom, Inc.

3

                                        /s/ G. Scott Morris_____
OF COUNSEL:                             G. Scott Morris (MOR080)
Alabama Public Service Commission
100 N. Union Street, Suite 836
Montgomery, AL 36104
334-242-5200
scott.morris@psc.alabama.gov


                                        Attorney for Defendants Alabama Public
                                        Service Commission et al.


October 27, 2006