IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, *et al.,* | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the parties Joint Motion of Momentum Telecom, Inc., The Alabama Public Service Commission, and BellSouth Telecommunications, Inc. to Revert to Previously Adopted Scheduling Order (Doc. #31) filed on October 27, 2006, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the Order (Doc. #30) entered October 26, 2006 is hereby VACATED and the briefing schedule set forth in the Order of September 28, 2006 (Doc. #27) is reinstated..

DONE this the 30th day of October, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE