IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOMENTUM TELECOM, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-577-WKW |
| | ) |
| **ALABAMA PUBLIC SERVICE** | ) |
| **COMMISSION, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION OF MOMENTUM TELECOM. INC. TO EXTEND BRIEFING DATE BY 5 DAYS

COMES NOW the Plaintiff and respectfully requests that this Court extend by 5 days the deadline for Plaintiff's Reply Brief and for reason therefor says as follows:

1.	When the parties agreed and set the schedule for briefing deadlines in this action, the Plaintiff overlooked that the deadline for Plaintiff's Reply Brief would fall on the Friday after Thanksgiving Day, November 24, 2006.  The intervening holiday interrupts the Plaintiff's preparation for the reply brief and Plaintiff requests, therefore, that the deadline be extended to the following Wednesday, November 29, 2006.

2.	Counsel for Momentum has contacted respective counsel for the Defendants and has confirmed that the Defendants have no objection to this request to extend the deadline.

3.	WHEREFORE, the premises considered, Momentum respectfully requests that the Court grant Plaintiff an extension of time to file the reply brief to and including November 29, 2006.

Respectfully submitted this 21st day of November, 2006.


/s  James H. McLemore
James H. McLemore (MCL014)
Attorney for Momentum Telecom, Inc.

OF COUNSEL:
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8058
(334) 323-8888 Fax

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC.
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
615-252-2348
fax 615-252-6348

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been served upon the following listed parties by CM/ECF electronic filing, this the 21st day of November, 2006.

| | |
|---|---|
| Hon. George Scott Morris<br>Alabama Public Service Commission<br>100 N. Union Street, Suite 836<br>Montgomery, AL 36104 | Sean A. Lev<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036 |
| Hon. Walter R. Byars<br>Steiner, Crum & Byars, P.C.<br>P. O. Box 668<br>Montgomery, AL 36101 | Hon. Francis B. Semmes<br>BellSouth Communications, Inc.<br>Suite 28A2<br>600 No. 19th Street<br>Birmingham, Alabama 35203 |

                                                                                               _____
                                                                                               OF COUNSEL