IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-577-WKW |
| | ) |
| ALABAMA PUBLIC SERVICE COMMISSION, *et al.,* | ) ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion of Momentum Telecom. Inc. ("Momentum") To Extend Briefing Date by 5 Days filed on November 21, 2006 (Doc. # 33), it is hereby

ORDERED that the motion is GRANTED. Momentum shall file a reply in support of its Complaint for Declaratory Judgment on or before November 29, 2006.

DONE this 21st day of November, 2006.

                                        /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE