## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | )   No. 2:06-cv-577-WKW |
| | ) |
|     Defendants. | ) |

### DEFENDANT BELLSOUTH TELECOMMUNICATIONS, INC.'S
### SUPPLEMENTAL RULE 7.1(b)(2) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(b)(2), Fed. R. Civ. P., Defendant BellSouth, Telecommunications, Inc. hereby files a supplemental corporate disclosure statement.

As a result of a recent merger of AT&T, Inc. and BellSouth Corporation, defendant BellSouth Telecommunications, Inc. is now a subsidiary of AT&T, Inc.

                                            Respectfully submitted,

                                            s/ Francis B. Semmes_____

OF COUNSEL:                           FRANCIS B. SEMMES (SEM002)
BELLSOUTH TELECOMMUNICATIONS, INC.
Suite 28A2
600 No. 19th Street
Birmingham, AL 35203
(205) 714-0556

|  |  |
|---|---|
|  | s/ Walter R. Byars_____ |
| OF COUNSEL: | WALTER R. BYARS (BYA002) |
| STEINER, CRUM & BYARS, P.C. |  |
| Post Office Box 668 |  |
| Montgomery, AL 36101 |  |
| (334) 832-8800 |  |
|  | s/Sean A. Lev_____ |
| OF COUNSEL: | SEAN A. LEV (D.C. Bar # 449936) |
| KELLOGG HUBER HANSON TODD EVANS |  |
|    & FIGEL, P.L.L.C. |  |
| Suite 400 |  |
| 1615 M Street, N.W. |  |
| Washington, D.C. 20036 |  |
| (202) 326-7975 |  |
|  | ATTORNEYS FOR INTERVENOR BELLSOUTH TELECOMMUNICATIONS, INC. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on the following via the Court's CM/ECF system this 7th day of February, 2007.

| | |
|---|---|
| George H. Nolan<br>Henry M. Walker<br>Jonathan D. Rose<br>BOULT, CUMMINGS, CONNERS & BERRY, PLC<br>1600 Division Street, Suite 700<br>P. O. Box 340025<br>Nashville, TN 37203<br><br>Hon. George Scott Morris<br>ALABAMA PUBLIC SERVICE COMMISSION<br>100 N Union Street, Suite 836<br>Montgomery, AL 36104 | James H. McLemore<br>CAPELL & HOWARD, P.C.<br>P. O. Box 2069<br>Montgomery, AL 36102-2069 |

                                    s/ Walter R. Byars_____
                                    OF COUNSEL