IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-577-WKW |
| | ) |
| ALABAMA PUBLIC SERVICE | ) |
| COMMISSION, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

It has come to the court's attention that the plaintiff's counsel has failed to comply with the dictates of Section 3 of the Uniform Scheduling Order entered by this court on September 20, 2006. (Doc. # 24.) Section 3 requires counsel for the plaintiff to file a pleading titled "Notice Concerning Settlement Conference and Mediation" indicating whether settlement was reached at the face-to-face settlement conference, and if not, whether the parties believe mediation will assist them in resolving this case short of trial. Counsel for the plaintiff is required to submit the Notice Concerning Settlement Conference and Mediation within five days of the face-to-face settlement conference. Pursuant to the Uniform Scheduling Order, the parties were to have conducted that face-to-face settlement conference no later than January 29, 2007. Hence, considering Rule 6 of the Federal Rules of Civil Procedure, the Notice Concerning Settlement Conference and Mediation should have been filed no later than February 6, 2007. As of this date, no Notice Concerning Settlement Conference and Mediation has been filed.

It is hereby ORDERED that:

    a.    Plaintiff's counsel shall file the Notice Concerning Settlement Conference and

   Mediation by **February 23, 2007**.

b. Plaintiff's counsel must show cause by **February 23, 2007,** why (s)he failed to comply with the Uniform Scheduling Order in this case.

DONE this 9th day of February, 2007.

        /s/  W. Keith Watkins
       UNITED STATES DISTRICT JUDGE