UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOMENTUM TELECOM, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-577-WKW |
| | ) |
| **ALABAMA PUBLIC SERVICE** | ) |
| **COMMISSION,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT CONFERENCE AND
RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW the Plaintiff, Momentum Telecom, Inc., in response to this Court's order of February 9, 2007, to report on a settlement conference and to show cause why a report was not timely submitted per the Uniform Scheduling Order, says as follows:

**CAUSE FOR NONCOMPLIANCE**

The claim in this case is for a declaratory judgment on a pure question of law involving the construction of the Telecommunications Act of 1996 and its application in the state of Alabama. Momentum and Defendant BellSouth are litigating these same questions of law in the states of Georgia and Louisiana, and as here, they are submitting the question to the courts for a determination at law as applied under the law in those states.

Accordingly, in the joint Rule 26(f) report filed herein on August 31, 2006, the parties stipulated as follows concerning settlement:

> Given the pure legal issues this declaratory judgment presents, the parties and BellSouth state that settlement is not a practical possibility in this case.

As well, the parties stipulated that neither disclosures nor discovery was necessary, and they presented a briefing schedule for purposes of submitting the issue for final decision without a trial.

When the Uniform Scheduling Order was issued on September 20, 2006, it included different briefing dates than the Rule 26(f) reported schedule that the Court was then enforcing. On inquiry to the law clerk, the undersigned confirmed that the briefing dates in the uniform order would not apply. The undersigned mistakenly assumed that the other portions of the uniform order which were inconsistent with the parties' Rule 26(f) report, as noted above, were inapplicable as well. For that matter, as per the parties' Rule 26(f) report, this case has now been briefed to the Court for a final decision, and the parties are awaiting the Court's ruling on a request for oral arguments.

For this reason, Plaintiff overlooked the requirement that it further consult with Defendants on the prospects of settlement/mediation and to file a report on said conference with the Court. Plaintiff has now conducted said conferences and a notice of the same follows.

## **NOTICE OF SETTLEMENT CONFERENCE**

Previously and in preparation of the joint Rule 26(f) report, the parties discussed settlement and concluded it was not practical since a pure legal issue is at stake. On Thursday February 15, 2007, the undersigned met and conferred with Mr. Walter Byars, counsel for Defendant BellSouth, and discussed the prospects of settlement or mediation. Counsel reviewed the issues, the matters of related litigation in other states, and concluded that the only alternative resolution would require surrender by either party on a question of law. Both parties hold to their interpretations of the Telecommunications Act of 1996. Both parties report, therefore, that settlement or mediation is not practical.

On Tuesday, February 20, 2007, the undersigned counsel for Momentum met with Mr. Scott Morris, counsel for Defendant Alabama Public Service Commission and discussed the possibility of settlement or mediation. For the same reasons noted above, both concluded that settlement or mediation is not a possible or practical resolution of this case.

Respectfully submitted this the 20th day of February, 2007.


                                      s/ James H. McLemore_____

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box. 2069
Montgomery, Alabama  36102
Direct Line:  (334) 241-8058
Fax Line:  (334) 323-8888
Email:  jhm@chlaw.com

BOULT, CUMMINGS, CONNERS & BERRY, PLC
GEORGE H. NOLAN, ESQ.
HENRY M. WALKER, ESQ.
JONATHAN D. ROSE, ESQ.
1600 Division Street, Suite 700
P.O. Box. 340025
Nashville, Tennessee  37203
Telephone:  (615) 244-2582
Fax:     (615) 252-6308
Email: hwalker@boultcummings.com
       gnolan@boultcummings.com
       jrose@boultcummings.com

                                      Attorneys for Momentum Telecom, Inc.


**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically served a copy of the foregoing with the Clerk of the Court, U.S. District Court, Middle District of Alabama, Northern Division, on this the 20th day of February, 2007, using the CM/ECF System which will send notification of such filing to the following counsel of record listed herein below, or by depositing a copy of same in United States mail, first-class postage prepaid and properly addressed to:

| | |
|---|---|
| Hon. George Scott Morris<br>Alabama Public Service Commission<br>100 N. Union Street, Suite 836<br>Montgomery, AL 36104 | Hon. Francis B. Semmes<br>BellSouth Telecommunications, Inc.<br>3196 Highway 280 South<br>Room 304-N<br>Birmingham, AL  35243 |
| Hon. Walter R. Byars<br>Steiner, Crum & Byars, P.C.<br>P. O. Box 668<br>Montgomery, AL 36101 | Hon. Sean A. Lev<br>Kellogg Huber Hanson Todd Evans & Figel<br>Sumner Square, Suite 400<br>1615 M Street NW<br>Washington, D.C. 20036 |

                                              s/James H. McLemore
                                              OF COUNSEL