UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA PUBLIC SERVICE )<br>COMMISSION, )<br>)<br>JIM SULLIVAN, in his capacity as a President )<br>of the Alabama Public Service Commission, )<br>)<br>JAN COOK, in her capacity as a )<br>Commissioner of the Alabama Public Service )<br>Commission, and )<br>)<br>GEORGE C. WALLACE, JR., in his capacity )<br>as a Commissioner of the Alabama Public )<br>Service Commission )<br>)<br>Defendants. )<br>) | Civil Action No. 2:06-cv-00577-WKW |

**MOTION FOR PERMSSION TO FILE
SUPPLEMENTAL AUTHORITY IN SUPPORT OF
COMPLAINT FOR DECLARATORY JUDGMENT**

The plaintiff, Momentum Telecom, Inc. ("Momentum"), respectfully moves for permission to supplement the record with two new case decisions issued after the briefs were filed in this matter. As grounds for this motion, Momentum states as follows:

The briefing process on the issues presented in Momentum's Complaint for Declaratory Judgment was closed with the filing of Momentum's Reply Brief [Docket No. 35] on November 29, 2006. Since that time, however, a federal circuit court has weighed in on the interplay between Sections 252 and 271 of the Telecommunications Act, the key issue before

this Court. Momentum submits that consideration of the referenced opinion, <u>Qwest Corp. v. Public Utilities Comm'n of Colorado</u>, ___ F.3d ___, 2007 WL 646147 (10th Cir. Mar. 5, 2007), is an important consideration on this unsettled issue and will assist the Court in determining the issues currently before it.

Similarly, the Kentucky Public Service Commission recently issued an Order[1] that is four square with Momentum's arguments on the merits of this case. Specifically, the Kentucky Commission squarely held (as Momentum has argued in this case) that

> The FCC has not pre-empted this Commission from enforcing the requirements of § 271. . . . The Commission's jurisdiction extends to pricing disputes regarding those elements required to be provided by AT&T Kentucky pursuant to § 271.

Kentucky Order, pp. 6-7. Momentum submits that the Kentucky Order also will assist the Court in determining the issues currently before it.

WHEREFORE, Momentum respectfully requests permission to file the document attached hereto as **Exhibit 2**, Momentum's Supplemental Authority in Support of Complaint for Declaratory Judgment.

---

[1] The Order is titled <u>In the Matter of Petition of Southeast Telephone, Inc. for Arbitration of Certain Terms and Conditions of Proposed Agreement with BellSouth Telecommunications, Inc. Concerning Interconnection under the Telecommunications Act of 1996</u>, Before the Kentucky Public Service Commission, Case No. 2006-00316 (the "Kentucky Order"). A Copy of the Kentucky Order is attached hereto as **Exhibit 1**.

Respectfully submitted,


s/ James. H. McLemore
James H. McLemore (MCL014)
*Attorney for Momentum Telecom, Inc.*

**OF COUNSEL:**

CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box. 2069 (36101-0078)
Montgomery, Alabama  36102
(334) 241-8058

Henry M. Walker (Tenn. Reg. No. 000272)
George H. Nolan (Tenn. Reg. No. 014974)
Jonathan D. Rose (Tenn. Reg. No. 020967)

**OF COUNSEL:**

BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee  37203
(615) 252-2348

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically served a copy of the foregoing with the Clerk of the Court, U.S. District Court, Middle District of Alabama, Northern Division, on this the 10th day of April, 2007, using the CM/ECF System which will send notification of such filing to the following counsel of record listed herein below, or by depositing a copy of same in United States mail, first-class postage prepaid and properly addressed to:

| | |
|---|---|
| Hon. George Scott Morris<br>Alabama Public Service Commission<br>100 N. Union Street, Suite 836<br>Montgomery, AL 36104 | Hon. Francis B. Semmes<br>BellSouth Telecommunications, Inc.<br>3196 Highway 280 South<br>Room 304-N<br>Birmingham, AL 35243 |
| Hon. Walter R. Byars<br>Steiner, Crum & Byars, P.C.<br>P. O. Box 668<br>Montgomery, AL 36101 | Hon. Sean A. Lev<br>Kellogg Huber Hanson Todd Evans & Figel<br>Sumner Square, Suite 400<br>1615 M Street NW<br>Washington, D.C. 20036 |

                                                       s/James H. McLemore
                                                       OF COUNSEL