IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:-06-cv-577 WKW |
| ) | |
| ALABAMA PUBLIC SERVICE ) | |
| COMMISSION, *et al.,* ) | |

**ORDER**

Upon consideration of the plaintiff's Motion for Permission to File Supplemental Authority in Support of Complaint for Declaratory Judgment (Doc. # 39), it is ORDERED that the motion is GRANTED. The exhibits are deemed filed. Defendants and intervenors may file a response **on or before May 5, 2007.**

It is ORDERED that a hearing on all pending motions will be held on **June 13, 2007, at 3:00 p.m.,** in Courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

It is further ORDERED that, due to recent developments in cases with docket priority, the trial is continued from the present setting of June 4, 2007. A new trial date will be discussed at the June 13, 2007 hearing.

DONE this 20th day of April, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE