IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MOMENTUM TELECOM, INC.,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )     CASE NO. 2:06-cv-577-WKW
                                  )
ALABAMA PUBLIC SERVICE            )
COMMISSION, *et al.,*             )
                                  )
        Defendants.               )

**O R D E R**

The pretrial conference set for Monday, May 7, 2007, is CONTINUED generally.

DONE this 3rd  day of May, 2007.

                    /s/  W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE