# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) No. 2:06-CV-577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

## BELLSOUTH TELECOMMUNICATIONS, INC.'S MOTION
## FOR PERMISSION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

FRANCIS B. SEMMES (SEM002)
BellSouth Telecommunications, Inc.
Suite 28A2
600 No. 19th Street
Birmingham, AL 35203
(205) 714-0556

WALTER R. BYARS (BYA002)
Steiner, Crum & Byars, P.C.
Post Office Box 668
Montgomery, AL 36101
(334) 832-8800

SEAN A. LEV (D.C. Bar # 449936)
Kellogg, Huber, Hansen ,Todd
  Evans & Figel, P.L.L.C.
Suite 400
1615 M Street, N.W.
Washington, D.C. 20036
(202) 326-7975

May 10, 2007

Intervenor BellSouth Telecommunications, Inc. ("BellSouth") respectfully files this Motion for Permission to File Supplemental Authority, in order to supplement the record with a recent order from the United States District Court for the Middle District of Louisiana. That order accepts a magistrate judge's recommendation to dismiss a substantively similar complaint by Momentum on the ground that a petition for reconsideration is still pending before the Louisiana state commission. The order accordingly supports BellSouth's argument that Momentum's complaint in this case is unripe for a similar reason.

WHEREFORE, BellSouth respectfully requests permission to file the document attached hereto as Exhibit 1, BellSouth Telecommunications, Inc.'s Notice of Supplemental Authority.

Respectfully submitted,

s/ Francis B. Semmes_____

OF COUNSEL:                                   FRANCIS B. SEMMES (SEM002)
BELLSOUTH TELECOMMUNICATIONS, INC.
Suite 28A2
600 No. 19th Street
Birmingham, AL 35203
(205) 714-0556

s/ Walter R. Byars_____

OF COUNSEL:                                   WALTER R. BYARS (BYA002)
Steiner, Crum & Byars, P.C.
Post Office Box 668
Montgomery, AL 36101
(334) 832-8800

s/Sean A. Lev_____

OF COUNSEL:                                   SEAN A. LEV (D.C. Bar # 449936)
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
Suite 400
1615 M Street, N.W.
Washington, D.C. 20036
(202) 326-7975

Attorneys for Intervenor BellSouth
Telecommunications, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by CM/ECF electronic filing, this 10th day of May, 2007.

George Scott Morris
Alabama Public Service Commission
100 N. Union Street
Suite 836
Montgomery, AL  36103

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN  37205

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL  36102-2069


s/ Sean A. Lev_____
Sean A. Lev (D.C. Bar # 449936)