# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) No. 2:06-CV-577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
|     Defendants. | ) |

## BELLSOUTH TELECOMMUNICATIONS, INC.'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenor BellSouth Telecommunications, Inc. ("BellSouth") respectfully submits the materials attached in Exhibit 2 in support of its position that the Court should deny Momentum's requested declaratory judgment in this case.

Just as in Alabama, the Louisiana Public Service Commission issued an order that declined to set rates pursuant to 47 U.S.C. § 271.[1] Just as in Alabama, several carriers (including Momentum) moved for reconsideration, but the Louisiana PSC held the reconsideration motion in abeyance "until there is further guidance from the federal courts or FCC."[2] Just as in Alabama, Momentum then filed an appeal with the relevant federal district court, notwithstanding the pending motion for reconsideration.

---

[1] *See* Order No. U-28131, *Petition To Establish Generic DocketTto Consider Amendments to Interconnection Agreements Resulting from Changes of Law*, Docket Nos. U-28356, U-28141, at 3 (La. PSC Mar. 7, 2006).

[2] Order No. U-28131, *Petition To Establish Generic Docket To Consider Amendments to Interconnection Agreements Resulting from Changes of Law*, Docket Nos. U-28356, U-28141, at 21 (La. PSC July 25, 2006).

In Louisiana, BellSouth moved to dismiss Momentum's complaint on ripeness grounds. On March 14, 2007, the magistrate judge issued a report recommending that the district court dismiss Momentum's complaint as unripe, because a reconsideration petition is pending before the state commission.  *See* Report and Recommendation, *Momentum Telecom, Inc. v. Louisiana Public Serv. Comm'n*, No. 06-835-C (M.D. La. Mar. 14, 2007) (attached in Exhibit 2 below). The magistrate judge stated that "the record does not support plaintiff's contention that the LPSC is set on a path of indefinite inaction, or that plaintiff has shown an extraordinary circumstance sufficient to negate the jurisprudential doctrine of exhaustion of remedies." *Id.* at 10.  In addition, the magistrate judge was not persuaded by Momentum's purported withdrawal from the motion for reconsideration that was still pending before the Louisiana commission, albeit while remaining a party to that proceeding.  *Id.* at 2, 11 n.11.

After considering Momentum's objections to the magistrate's report, the federal district judge issued an order that adopted the magistrate judge's report and recommendation and dismissed Momentum's complaint without prejudice.  *See* Ruling, *Momentum Telecom, Inc. v. Louisiana Public Serv. Comm'n*, No. 06-835-C (M.D. La. April 17, 2007) (attached in Exhibit 2 below) ("The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. . . . [T]his matter will be dismissed without prejudice.").

The Louisiana court's order therefore supports BellSouth's argument that Momentum's complaint here is unripe because, in this case, as in that one, there is a pending motion for reconsideration before the Alabama commission.  *See* BellSouth Memorandum of Law at 17 (filed Oct. 24, 2006).

Respectfully submitted,

| | |
|---|---|
| | s/ Francis B. Semmes_____ |
| OF COUNSEL: | FRANCIS B. SEMMES (SEM002) |
| BELLSOUTH TELECOMMUNICATIONS, INC. | |
| Suite 28A2 | |
| 600 No. 19th Street | |
| Birmingham, AL 35203 | |
| (205) 714-0556 | |
| | s/ Walter R. Byars_____ |
| OF COUNSEL: | WALTER R. BYARS (BYA002) |
| Steiner, Crum & Byars, P.C. | |
| Post Office Box 668 | |
| Montgomery, AL 36101 | |
| (334) 832-8800 | |
| | s/Sean A. Lev_____ |
| OF COUNSEL: | SEAN A. LEV (D.C. Bar # 449936) |
| Kellogg, Huber, Hansen, Todd, | |
|   Evans & Figel, P.L.L.C. | |
| Suite 400 | |
| 1615 M Street, N.W. | |
| Washington, D.C. 20036 | |
| (202) 326-7975 | |
| | Attorneys for Intervenor BellSouth Telecommunications, Inc. |

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by CM/ECF electronic filing, this 10th day of May, 2007.

George Scott Morris
Alabama Public Service Commission
100 N. Union Street
Suite 836
Montgomery, AL  36103

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN  37205

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL  36102-2069

                                              s/ Sean A. Lev_____
                                              Sean A. Lev (D.C. Bar # 449936)