IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-00577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, | ) |
| JIM SULLIVAN, in his capacity as President of the Alabama Public Service Commission, | ) |
| JAN COOK, in her capacity as a Commissioner of the Alabama Public Service Commission, and | ) |
| SUSAN D. PARKER, in her capacity as a Commissioner of the Alabama Public Service Commission | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas D. Samford, IV, Alabama Public Service Commission ("APSC"), P.O. Box 304260, Montgomery, Alabama, 36130, as an additional counsel of record for the APSC and its Commissioners in the above-entitled action. The Court and other counsel are requested to include Thomas D. Samford, IV, in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully submitted on this 12th day of June, 2007.

Thomas D. Samford, IV (ASB-5675-S78T)
Attorney for Defendants
Alabama Public Service Commission and its
Commissioners
P.O. Box 304260
Montgomery, Alabama 36130
Telephone: (334) 242-5025
Fax: (334) 242-2041
Email: tom.samford@psc.alabama.gov

G. Scott Morris (MOR080)
Attorney for Defendants
Alabama Public Service Commission and its
Commissioners
P.O. Box 304260
Montgomery, Alabama 36130
Phone: (334) 242-5200
Fax: (334) 242-0748
Email: scott.morris@psc.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, I electronically filed the foregoing using the ECF system, which will send notification of such filing to the following:

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN 37205

James H. McLemore
Capell Howard PC
P.O. Box 2069
Montgomery, AL 36102-2069

Walter R. Byars
Steiner Crum & Byars PC
P.O. Box 668
Montgomery, AL 36101-0668

Sean A. Lev
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036

Francis B. Semmes
BellSouth Telecommunications, Inc.
3196 Highway 280 South, Room 304-N
Birmingham, AL 35243

Thomas D. Samford, IV
Of Counsel