UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) No. 2:06-CV-577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

**BELLSOUTH TELECOMMUNICATIONS, INC.'S MOTION
FOR PERMISSION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

                                      FRANCIS B. SEMMES (SEM002)
                                      BellSouth Telecommunications, Inc.
                                      Suite 28A2
                                      600 No. 19th Street
                                      Birmingham, AL 35203
                                      (205) 714-0556

                                      WALTER R. BYARS (BYA002)
                                      Steiner, Crum & Byars, P.C.
                                      Post Office Box 668
                                      Montgomery, AL 36101
                                      (334) 832-8800

                                      SEAN A. LEV (D.C. Bar # 449936)
                                      Kellogg, Huber, Hansen ,Todd
                                         Evans & Figel, P.L.L.C.
                                      Suite 400
                                      1615 M Street, N.W.
                                      Washington, D.C. 20036
                                      (202) 326-7975

July 19, 2007

Intervenor BellSouth Telecommunications, Inc. ("BellSouth") respectfully files this Motion for Permission to File Notice of Supplemental Authority, in order to supplement the record with a recent order from the United States District Court for the District of Arizona. That federal court reversed an Arizona state commission order that had purported to impose terms, conditions, and rates for elements supplied under 47 U.S.C. § 271. The court's order accordingly supports BellSouth's argument that the Alabama Public Service Commission's decision *not* to impose similar obligations is lawful, and that plaintiff's contrary claims should be denied.

WHEREFORE, BellSouth respectfully requests permission to file the document attached hereto as Exhibit 1, BellSouth Telecommunications, Inc.'s Notice of Supplemental Authority.

Respectfully submitted,

|  |  |
|---|---|
| OF COUNSEL:<br>BELLSOUTH TELECOMMUNICATIONS, INC.<br>Suite 28A2<br>600 No. 19th Street<br>Birmingham, AL 35203<br>(205) 714-0556 | s/ Francis B. Semmes_____<br>FRANCIS B. SEMMES (SEM002) |
| OF COUNSEL:<br>Steiner, Crum & Byars, P.C.<br>Post Office Box 668<br>Montgomery, AL 36101<br>(334) 832-8800 | s/ Walter R. Byars_____<br>WALTER R. BYARS (BYA002) |
| OF COUNSEL:<br>Kellogg, Huber, Hansen, Todd,<br>  Evans & Figel, P.L.L.C.<br>Suite 400<br>1615 M Street, N.W.<br>Washington, D.C. 20036<br>(202) 326-7975 | s/Sean A. Lev_____<br>SEAN A. LEV (D.C. Bar # 449936)<br><br><br>Attorneys for Intervenor BellSouth<br>Telecommunications, Inc. |

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of Bellsouth Telecommunications, Inc.'s Motion for Permission to File Notice of Supplemental Authority has been served upon the following listed persons by CM/ECF electronic filing, this 19th day of July, 2007.

George Scott Morris
Alabama Public Service Commission
100 N. Union Street
Suite 836
Montgomery, AL  36103

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN  37205

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL  36102-2069

                                                    s/ Sean A. Lev
                                                    Sean A. Lev (D.C. Bar # 449936)