IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-0577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, *et al.,* | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the intervenor Bellsouth Telecommunications, Inc.'s Motion for Permission to File Notice of Supplemental Authority (Doc. # 49) filed July 19, 2007, and Motion for Permission to File Notice of Supplemental Authority (Doc. # 50) filed September 7, 2007, it is ORDERED that both motions are GRANTED. The exhibits are deemed filed.

DONE this 12th day of September, 2007.

                                                    /s/  W. Keith Watkins
                                                    UNITED STATES DISTRICT JUDGE