UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) |
| | ) No. 2:06-CV-577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
| | ) |
|    Defendants. | ) |
| | ) |
| | ) |

**BELLSOUTH TELECOMMUNICATIONS, INC.'S MOTION
FOR PERMISSION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

                            FRANCIS B. SEMMES (SEM002)
                            BellSouth Telecommunications, Inc.
                            Suite 28A2
                            600 No. 19th Street
                            Birmingham, AL 35203
                            (205) 714-0556

                            WALTER R. BYARS (BYA002)
                            Steiner, Crum & Byars, P.C.
                            Post Office Box 668
                            Montgomery, AL 36101
                            (334) 832-8800

                            SEAN A. LEV (D.C. Bar # 449936)
                            Kellogg, Huber, Hansen ,Todd
                              Evans & Figel, P.L.L.C.
                            Suite 400
                            1615 M Street, N.W.
                            Washington, D.C. 20036
                            (202) 326-7975

September 19, 2007

Intervenor BellSouth Telecommunications, Inc. ("BellSouth") respectfully files this Motion for Permission to File Notice of Supplemental Authority, in order to supplement the record with a September 18, 2007 decision from the United States District Court for the Eastern District of Kentucky. That decision vacates a Kentucky Public Service Commission decision on which Momentum had relied here, and that had attempted to regulate the terms and rates for elements provided under 47 U.S.C. § 271. This recent federal court decision accordingly supports BellSouth's argument that the Alabama Public Service Commission's decision here does not violate federal law and that plaintiff's contrary claims should be denied.

WHEREFORE, BellSouth respectfully requests permission to file the document attached hereto as Exhibit 1, BellSouth Telecommunications, Inc.'s Notice of Supplemental Authority.

Respectfully submitted,

|  |  |
|---|---|
| OF COUNSEL:<br>BELLSOUTH TELECOMMUNICATIONS, INC.<br>Suite 28A2<br>600 No. 19th Street<br>Birmingham, AL 35203<br>(205) 714-0556 | s/ Francis B. Semmes_____<br>FRANCIS B. SEMMES (SEM002) |
| OF COUNSEL:<br>Steiner, Crum & Byars, P.C.<br>Post Office Box 668<br>Montgomery, AL 36101<br>(334) 832-8800 | s/ Walter R. Byars_____<br>WALTER R. BYARS (BYA002) |
| OF COUNSEL:<br>Kellogg, Huber, Hansen, Todd,<br>  Evans & Figel, P.L.L.C.<br>Suite 400<br>1615 M Street, N.W.<br>Washington, D.C. 20036<br>(202) 326-7975 | s/Sean A. Lev_____<br>SEAN A. LEV (D.C. Bar # 449936)<br><br>Attorneys for Intervenor BellSouth Telecommunications, Inc. |

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of BellSouth Telecommunications, Inc.'s Motion for Permission to File Notice of Supplemental Authority has been served upon the following listed persons by CM/ECF electronic filing, this 19th day of September, 2007.

George Scott Morris
Alabama Public Service Commission
100 N. Union Street
Suite 836
Montgomery, AL  36103

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN  37205

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL  36102-2069

                   s/ Sean A. Lev
                   Sean A. Lev (D.C. Bar # 449936)