# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 2:06-CV-577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## BELLSOUTH TELECOMMUNICATIONS, INC.'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenor BellSouth Telecommunications, Inc. ("BellSouth") respectfully submits the decision in *BellSouth Telecommunications, Inc. v. Kentucky Public Service Commission*, No. 06-65-KKC (E.D. Ky. Sept. 18, 2007) ("*BellSouth v. Kentucky PSC*") (attached hereto as Exhibit 2 to BellSouth's Motion for Permission to File Notice of Supplemental Authority), in support of its position that the Court should deny Momentum Telecom, Inc.'s ("Momentum") requested relief in this case. In that decision, the Eastern District of Kentucky became the eighth federal court[1] to reject the notion that state commissions can regulate the terms and conditions for elements provided under

---

[1] *See Verizon New England, Inc. v. Maine Pub. Utils. Comm'n*, --- F.3d ---, Nos. 06-2151 & 06-2429, 2007 WL 2509863, at *4-*6 (1st Cir. Sept. 6, 2007) ("*Verizon New England*"); *Qwest Corp. v. Arizona Corp. Comm'n*, 496 F. Supp. 2d 1069, 1077-79 (D. Ariz. 2007); *Illinois Bell Tel. Co. v. O'Connell-Diaz*, No. 05-C-1149, 2006 WL 2796488, at *13-*14 (N.D. Ill. Sept. 28, 2006); *Dieca Communications, Inc. v. Florida Pub. Serv. Comm'n*, 447 F. Supp. 2d 1281, 1285-86 (N.D. Fla. 2006); *Southwestern Bell Tel., L.P. v. Missouri Pub. Serv. Comm'n*, 461 F. Supp. 2d 1055, 1066-69 (E.D. Mo. 2006), *appeals pending*, Docket Nos. 06-3701, 06-3726, 06-3727 (8th Cir.); *Verizon New England, Inc. v. New Hampshire Pub. Utils. Comm'n*, No. 05-cv-94, 2006 WL 2433249, at *8 (D.N.H. Aug. 22, 2006), *aff'd*, *Verizon New England*, 2007 WL 2509863; *BellSouth Telecomms., Inc. v. Mississippi Pub. Serv. Comm'n*, 368 F. Supp. 2d 557, 565-66 (S.D. Miss. 2005).

47 U.S.C. § 271, and in so doing, it vacated one of the state commission decisions on which Momentum has relied here.[2]

In Kentucky, the state commission had issued an order requiring BellSouth to provide switching and transport elements under § 271, as well as setting interim rates for those elements. *BellSouth v. Kentucky PSC*, slip op. at 16. On review, the Kentucky federal court invalidated the state commission's decision, holding that "[t]he plain language of the statute does not grant the PSC authority to act pursuant to § 271." *Id.* at 20. Indeed, "considering the explicit authority granted to state commissions under §§ 251 and 252, Congress could have easily included the same provisions in § 271, but did not. Instead, Congress granted sole enforcement authority to the FCC and only gave state commissions an advisory role." *Id.* The Kentucky federal court further confirmed that the state commission had overstepped its authority in attempting to set rates for § 271 elements: "the arbitration power of state commissions cannot extend beyond § 251 elements. . . . Thus, the PSC had no authority to arbitrate rates for § 271 elements." *Id.* at 21

The Kentucky federal court's interpretation of law squarely supports BellSouth's argument that the Alabama Public Service Commission did not violate federal law in declining to regulate rates for facilities that must be made available only under § 271, and not under § 251. *See* BellSouth Mem. of Law at 10-16, 21-25 (filed Oct. 24, 2006).

---

[2] *See* Momentum Br. at 5 & n.2 (filed Sept. 22, 2006) (citing the now-vacated Kentucky state commission decision).

Respectfully submitted,

|  |  |
|---|---|
|  | s/ Francis B. Semmes_____ |
| OF COUNSEL: | FRANCIS B. SEMMES (SEM002) |
| BELLSOUTH TELECOMMUNICATIONS, INC. |  |
| Suite 28A2 |  |
| 600 No. 19th Street |  |
| Birmingham, AL 35203 |  |
| (205) 714-0556 |  |
|  |  |
|  | s/ Walter R. Byars_____ |
| OF COUNSEL: | WALTER R. BYARS (BYA002) |
| Steiner, Crum & Byars, P.C. |  |
| Post Office Box 668 |  |
| Montgomery, AL 36101 |  |
| (334) 832-8800 |  |
|  |  |
|  | s/Sean A. Lev_____ |
| OF COUNSEL: | SEAN A. LEV (D.C. Bar # 449936) |
| Kellogg, Huber, Hansen, Todd, |  |
|   Evans & Figel, P.L.L.C. |  |
| Suite 400 |  |
| 1615 M Street, N.W. |  |
| Washington, D.C. 20036 |  |
| (202) 326-7975 |  |
|  |  |
|  | Attorneys for Intervenor BellSouth Telecommunications, Inc. |