IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOMENTUM TELECOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-0577-WKW |
| | ) | |
| ALABAMA PUBLIC SERVICE | ) | |
| COMMISSION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the intervenor Bellsouth Telecommunications, Inc.'s Motion for Permission to File Notice of Supplemental Authority (Doc. # 55), it is ORDERED that the motion is GRANTED. The exhibit is deemed filed.

DONE this 24th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE