# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

MOMENTUM TELECOM, INC.,                          )
                                                 )
     Plaintiff,                             )
v.                                               )
                                                 ) No. 2:06-CV-577-WKW
ALABAMA PUBLIC SERVICE COMMISSION, et al.,       )
                                                 )
     Defendants.                            )
                                                 )
                                                 )


## BELLSOUTH TELECOMMUNICATIONS, INC.'S MOTION
## FOR PERMISSION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY


FRANCIS B. SEMMES (SEM002)
BellSouth Telecommunications, Inc.
Suite 28A2
600 No. 19th Street
Birmingham, AL 35203
(205) 714-0556

WALTER R. BYARS (BYA002)
Steiner, Crum & Byars, P.C.
Post Office Box 668
Montgomery, AL 36101
(334) 832-8800

SEAN A. LEV (D.C. Bar # 449936)
Kellogg, Huber, Hansen ,Todd
  Evans & Figel, P.L.L.C.
Suite 400
1615 M Street, N.W.
Washington, D.C. 20036
(202) 326-7975


October 2, 2007

Intervenor BellSouth Telecommunications, Inc. ("BellSouth") respectfully files this Motion for Permission to File Notice of Supplemental Authority, in order to supplement the record with a September 26, 2007 decision from the United States District Court for the Eastern District of Michigan. That decision vacates a Michigan Public Service Commission decision on which Momentum had relied here, and that had attempted to regulate the terms and conditions for elements provided under 47 U.S.C. § 271. This recent decision accordingly supports BellSouth's argument that the Alabama Public Service Commission's decision here does not violate federal law and that plaintiff's contrary claims should be denied.

WHEREFORE, BellSouth respectfully requests permission to file the document attached hereto as Exhibit 1, BellSouth Telecommunications, Inc.'s Notice of Supplemental Authority.

Respectfully submitted,

OF COUNSEL:
BELLSOUTH TELECOMMUNICATIONS, INC.
Suite 28A2
600 No. 19th Street
Birmingham, AL 35203
(205) 714-0556

OF COUNSEL:
Steiner, Crum & Byars, P.C.
Post Office Box 668
Montgomery, AL 36101
(334) 832-8800

OF COUNSEL:
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
Suite 400
1615 M Street, N.W.
Washington, D.C. 20036
(202) 326-7975

s/ Francis B. Semmes_____
FRANCIS B. SEMMES (SEM002)

s/ Walter R. Byars_____
WALTER R. BYARS (BYA002)

s/Sean A. Lev_____
SEAN A. LEV (D.C. Bar # 449936)

Attorneys for Intervenor BellSouth
Telecommunications, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of BellSouth Telecommunications, Inc.'s Motion for Permission to File Notice of Supplemental Authority has been served upon the following listed persons by CM/ECF electronic filing, this 2nd day of October, 2007.

George Scott Morris
Alabama Public Service Commission
100 N. Union Street
Suite 836
Montgomery, AL  36103

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN  37205

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL  36102-2069

s/ Sean A. Lev
Sean A. Lev (D.C. Bar # 449936)