IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-0577-WKW |
| | ) |
| ALABAMA PUBLIC SERVICE | ) |
| COMMISSION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the intervenor Bellsouth Telecommunications, Inc.'s Motion for Permission to File Notice of Supplemental Authority (Doc. # 57), it is ORDERED that the motion is GRANTED. The exhibit is deemed filed.

DONE this 4th day of October, 2007.

       /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE