**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) No. 2:06-CV-577-WKW |
| ALABAMA PUBLIC SERVICE COMMISSION, et al., | ) |
| | ) |
|     Defendants. | ) |

**BELLSOUTH TELECOMMUNICATIONS, INC.'S MOTION
FOR PERMISSION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

                                        FRANCIS B. SEMMES (SEM002)
                                        BellSouth Telecommunications, Inc.
                                        Suite 28A2
                                        600 No. 19th Street
                                        Birmingham, AL 35203
                                        (205) 714-0556

                                        WALTER R. BYARS (BYA002)
                                        Steiner, Crum & Byars, P.C.
                                        Post Office Box 668
                                        Montgomery, AL 36101
                                        (334) 832-8800

                                        SEAN A. LEV (D.C. Bar # 449936)
                                        Kellogg, Huber, Hansen ,Todd
                                           Evans & Figel, P.L.L.C.
                                        Suite 400
                                        1615 M Street, N.W.
                                        Washington, D.C. 20036
                                        (202) 326-7975

December 3, 2007

Intervenor BellSouth Telecommunications, Inc. ("BellSouth") respectfully files this Motion for Permission to File Notice of Supplemental Authority, in order to supplement the record with the relevant portions of the transcript of a November 27, 2007 hearing, in which the United States District Court for the Northern District of Georgia announces its decision that state commissions lack authority under federal or state law to regulate the rates for elements provided under 47 U.S.C. § 271. This federal-court decision enjoins a Georgia Public Service Commission decision on which Momentum had relied here. This decision accordingly supports BellSouth's argument that the Alabama Public Service Commission's decision here does not violate federal law and that plaintiff's contrary claims should be denied.

WHEREFORE, BellSouth respectfully requests permission to file the document attached hereto as Exhibit 1, BellSouth Telecommunications, Inc.'s Notice of Supplemental Authority.

Respectfully submitted,

OF COUNSEL:
BELLSOUTH TELECOMMUNICATIONS, INC.
Suite 28A2
600 No. 19th Street
Birmingham, AL 35203
(205) 714-0556

OF COUNSEL:
Steiner, Crum & Byars, P.C.
Post Office Box 668
Montgomery, AL 36101
(334) 832-8800

OF COUNSEL:
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
Suite 400
1615 M Street, N.W.
Washington, D.C. 20036
(202) 326-7975

s/ Francis B. Semmes_____
FRANCIS B. SEMMES (SEM002)

s/ Walter R. Byars_____
WALTER R. BYARS (BYA002)

s/Sean A. Lev_____
SEAN A. LEV (D.C. Bar # 449936)

Attorneys for Intervenor BellSouth Telecommunications, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of BellSouth Telecommunications, Inc.'s Motion for Permission to File Notice of Supplemental Authority has been served upon the following listed persons by CM/ECF electronic filing, this 3rd day of December, 2007.

George Scott Morris
Alabama Public Service Commission
100 N. Union Street
Suite 836
Montgomery, AL  36103

George H. Nolan
Henry M. Walker
Jonathan D. Rose
Boult, Cummings, Conners & Berry, PLC
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN  37205

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL  36102-2069

                                                s/ Sean A. Lev
                                                Sean A. Lev (D.C. Bar # 449936)