# EXHIBIT 2

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

BELLSOUTH TELECOMMUNICATIONS,   )
INC.,                           )
     Plaintiff,                 )
-vs-                            )  No. 1:06-CV-00162-CC
THE GEORGIA PUBLIC SERVICE      )
COMMISSION, et al.,             )
     Defendants.                )
                                )
                                )
COMPETITIVE CARRIERS OF THE     )
SOUTH, INC., et al.,            )
     Plaintiffs,                )
-vs-                            )  No. 1:06-CV-00972-CC
THE GEORGIA PUBLIC SERVICE      )
COMMISSION, et al.,             )
     Defendants.                )
```

Transcript of the Oral Arguments
Before the Honorable Clarence Cooper
November 27, 2007
Atlanta, Georgia


APPEARANCES OF COUNSEL:

On behalf of BellSouth
Telecommunications, Inc:          Sean A. Lev, Esq.
                                  Meredith E. Mays, Esq.

On behalf of CompSouth, Inc.:     Bill Magness , Esq.
                                  Anne W. Lewis, Esq.
                                  Bryan P. Tyson, Esq.

On behalf of CBeyond:             Charles E. Watkins, Esq.

On behalf of the Georgia Public
Service Commission, et al.:       Daniel S. Walsh, Esq.



Amanda Lohnaas, RMR, CRR
Official Court Reporter
United States District Court
Atlanta, Georgia

1           (Tuesday, November 27, 2007, 9:35 a.m.)

2           THE COURT:  Thank you, please be seated.

3           This is the case of BellSouth Telecommunications,
4  Inc. as Plaintiff versus Georgia Public Service Commission as
5  Defendant and also Competitive Carriers of the South, Inc. and
6  others as Plaintiffs versus Georgia Public Service Commission.

7           I decided to consolidate these cases for this hearing
8  because there's a common issue that must be resolved and I
9  decided to convene this hearing in an effort to get a handle on
10 this issue.  So I want each party to respond to the issue
11 before the Court.

12          This hearing is being held to ascertain whether the
13 Georgia Public Service Commission has authority to issue an
14 order setting rates for certain network elements owned by the
15 incumbent local exchange carriers, et cetera.  And I'm going to
16 give each side, each party, up to 30 minutes.  Please don't
17 take 30 minutes, I want you to make your arguments as succinct
18 as possible.  And also state the rationale and support for the
19 rationale you take with respect to which way this Court should
20 rule on this issue.

21          I think BellSouth filed an opening brief so I'll
22 begin with BellSouth and after I hear from BellSouth then I
23 want to hear from CompSouth and then Georgia Public Service
24 Commission.

25          And who's representing BellSouth, please?

1        MR. LEV:  As Mr. Walsh conceded, the line sharing
2   issue and the cross appeal are necessarily resolved if you
3   agree with us.
4        I think my opponents, with all respect, have
5   misunderstood our arguments as to the other issues.  We are not
6   saying that the Court has to find that they are necessarily
7   controlled by the 271 authority issues but just that as a
8   matter of judicial economy it is appropriate to have the state
9   commissions reconsider those and say:  Now that I know I don't
10  have 271 authority is it appropriate for me to require
11  commingling of 271 facilities.  Maybe they'll reach the same
12  decision and maybe we'll have to be back here in a few years.
13  But Your Honor has enough on your plate that you don't have to
14  decide that now.  And, frankly, it's certainly within this
15  Court's discretion to say give it another look in light of what
16  I've told you as to the general issue.
17       So those are the basic points I wanted to make, Your
18  Honor.  I'm happy to talk about anything else Your Honor would
19  like to talk about.
20       THE COURT:  No, thank you.  We are going to take a
21  20-minute break, after which I will announce my decision,
22  hopefully.
23       (Recess, 11:35 a.m. to 12:05 p.m.)
24       THE COURT:  Thank you, please be seated.  Let the
25  record reflect the following.

1          The Court having carefully reviewed the extensive
2   briefs filed in this action, and having considered the
3   applicable law, concludes that the Georgia Public Service
4   Commission does not have authority to set rates for Section 271
5   checklist items pursuant to Section 271.
6          As to the preemption issue, despite the brief
7   reference to state law in the Georgia Public Service
8   Commission's order setting rates, the Court nonetheless finds
9   that the Commission did not rely on state law to set rates as
10  to Section 271 items, and furthermore finds that state law
11  cannot be relied upon to support the Commission's rate setting
12  actions here in light of the federal statutory scheme involved
13  here.  The Court therefore concludes that the Georgia Public
14  Service Commission's orders should be enjoined.
15         The Court furthermore agrees that the issues that are
16  not resolved by this ruling should be remanded to the Georgia
17  Public Service Commission.
18         Finally, the Court concludes that for the reasons
19  stated by the Georgia Public Service Commission, BellSouth
20  should not be awarded damages in this case.
21         I want counsel for BellSouth to prepare an order
22  consistent with the Court's ruling.  The order should include
23  citations to applicable law and a thorough discussion of the
24  relevant facts.  The proposed order should be shared with all
25  parties prior to submitting the same to the Court for its

Page 73

1  signature.
2       The Court will give BellSouth 20 days in which to
3  prepare an order and submit it to the Court.
4       I want to thank all of you.  This is a close issue
5  but that's the judgment of this Court.  Thank you and good day.
6       (Proceedings concluded 12:07 p.m.)

Page 74

1       C E R T I F I C A T E

2

3  UNITED STATES DISTRICT COURT:

4  NORTHERN DISTRICT OF GEORGIA:

5

6           I hereby certify that the foregoing pages, 1 through

7  73, are a true and correct copy of the proceedings in the case

8  aforesaid.

9           This the 29th day of November, 2007.

10

11

12

13

14                    Amanda Lohnaas, CCR-B-580, RMR, CRR
                      Official Court Reporter
15                    United States District Court