IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-0577-WKW |
| | ) |
| ALABAMA PUBLIC SERVICE | ) |
| COMMISSION, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the intervenor Bellsouth Telecommunications, Inc.'s Motion for Permission to File Notice of Supplemental Authority (Doc. # 59), it is ORDERED that the motion is GRANTED. The exhibit is deemed filed.

DONE this 21st day of December, 2007.

                          /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE