IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOMENTUM TELECOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-0577-WKW |
| | ) |
| ALABAMA PUBLIC SERVICE | ) |
| COMMISSION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff Momentum Telecom, Inc.'s Motion for Relief from Memorandum Opinion and Order and Final Judgment, for Leave to File an Amended Complaint and for an Expedited Hearing (Doc. # 63), it is ORDERED that Defendants file a response **on or before September 8, 2008**. Plaintiff may file a reply brief **on or before September 15, 2008.**

DONE this 25th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE